IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-03-00358-CV

 

Ma-Stell, Inc.,

                                                                      Appellant

 v.

 

Anadarko E&P Company, LP

and Ogden Resources Corporation,

                                                                      Appellees

 

 



From the 85th District Court

Brazos County, Texas

Trial Court No. 54031-CV

 



MEMORANDUM  Opinion



 

Appellant has filed a motion to
dismiss this appeal.  See Tex. R.
App. P. 42.1(a)(1).  The parties have settled this matter.  Thus,
appellant’s motion to dismiss is granted.

 

PER CURIAM

 

Before Chief Justice
Gray,

          Justice
Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and
filed September 14, 2005

[CV06]